| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Caldwell,, Karen K | 2. Court or Organization<br><br>U.S.D.C. KY - Eastern District | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Full-time | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>John C Watts Fed. Bldg.<br><br>330 West Broadway<br><br>Frankfort, KY 40601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Transylvania University |
| 2.   Trustee | Lloyd Cress Insurance Trust |
| 3.   Board of Directors | Leadership Kentucky |
| 4.   Board of Directors | Georgetown College, Correll Center for Leadership |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 18 10 58 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Retirement Benefit - Ashland, Inc. |
| 2. | 2004 | Retirement Benefit - Greenebaum Doll & McDonald, PLLC |
| 3. | 2004 | Self-employed Environmental Law |
| 4. | 2004 | Commonwealth of Kentucky |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit - Credit Card | J |
| 2. | AAA Financial Services | Line of Credit - Credit Card | J |
| 3. | Fifth Third Bank, Trustee for Lloyd Cress Retirement Account | Promissory Notes | J |
| 4. | American Express | Line of Credit - Credit Card | K |
| 5. | First USA | Line of Credit - Credit Card | J |
| 6. | P.N.C. Bank | Commercial Loan | J |
| 7. | USAA | Line of Credit - Credit Card | K |
| 8. | Capital One Bank | Line of Credit - Credit Card | J |
| 9. | AIM Fund Services (Lloyd Cress Retirment Account) | Pension Plan Loan | K |
| 10. | Caldwell Thirft Plan | Pension Plan Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.    - Pimco Advisors Opportunity Fund | A | Dividend | | | Sell | 4/6 | K | B | |
| 20.    - Smuckers Common | A | Dividend | | | Sell | 4/21 | K | D | |
| 21.    - AIG Common | A | Dividend | K | T | Buy | 10/29 | J | | |
| 22.    - AXM Pharmaceutical Common | A | Dividend | | | Buy | 3/1 | J | | |
| 23.    - AXM Pharmaceutical Common | | | | | Sell | 4/7 | J | A | |
| 24.    - AXM Pharmaceutical Common | | | | | Sell | 7/6 | J | A | |
| 25.    - Bank of Montreal Common | A | Dividend | J | T | | | | | |
| 26.    - Centex Common | A | Dividend | J | T | | | | | |
| 27.    - China Yuchai Common | A | Dividend | J | T | | | | | |
| 28.    - Deckers Outdoor Common | A | Dividend | | | Sell | 1/27 | J | C | |
| 29.    - Engineered Support System Common | A | Dividend | J | T | | | | | |
| 30.    - Forest Laboratories Common | A | Dividend | | | Buy | 7/6 | J | | |
| 31.    - ICICI Bank Common | A | Dividend | K | T | | | | | |
| 32.    - Forest Laboratories Common | | | | | Sell | 7/20 | J | A | |
| 33.    - Interdigital Common | A | Dividend | L | T | Sell | 1/28 | K | D | |
| 34.    - Interdigital Common | | | | | Buy | 3/30 | K | | |
| 35.    - Johnson & Johnson Common | A | Dividend | K | T | | | | | |
| 36.    - Greg Manning Common | A | Dividend | | | Sell | 3/30 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Lehman Brothers First Income Common | | | | | Partial Sell | 9/8 | K | B | |
| 56. - Netguru Common | A | Dividend | J | T | Buy | 1/23 | J | | |
| 57. - Netguru Common | A | Dividend | J | T | Bought | 12/1 | J | | |
| 58. - Alternet Systems Common | | | | | Buy | 11/22 | J | | |
| 59. - Alternet Systems Common | A | Dividend | J | T | Buy | 10/29 | J | | |
| 60. - Eagle Materials Common | A | Dividend | J | T | Spin Off | 2/6 | J | | |
| 61. - Forest City Enterprises Common | A | Dividend | K | T | Buy | 12/30 | K | | |
| 62. - Murphy Oil Common | A | Dividend | J | T | Buy | 1/26 | J | | |
| 63. - Nortel | A | Dividend | K | T | Buy | 6/10 | K | | |
| 64. - Nortel | | | | | Buy | 7/6 | K | | |
| 65. - Occidential Pet Common | A | Dividend | K | T | Buy | 1/26 | J | | |
| 66. - Edge Petroleum Common | A | Dividend | | | Buy | 1/2 | J | | |
| 67. - Edge Petroleum Common | | | | | Sell | 3/5 | J | C | |
| 68. - Caraco Pharmaceutical Common | A | Dividend | | | Buy | 1/30 | J | | |
| 69. - Caraco Pharmaceutical Common | | | | | Sell | 3/30 | J | A | |
| 70. - First Israel Common | A | Dividend | K | T | Buy | 6/25 | J | | |
| 71. - First Horizon Common | A | Dividend | | | Buy | 6/25 | K | | |
| 72. - First Horizon Common | | | | | Sell | 12/30 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Masco Call | | | | | Sell | 3/12 | J | B | |
| 74. -Intel Call | | | | | Sell | 5/10 | J | A | |
| 75. - Murphy Oil Call | | | | | Sell | 12/28 | J | A | |
| 76. - Nortel Call | | | | | Sell | 6/8 | J | C | |
| 77. - Nortel Call | | | | | Sell | 7/1 | J | C | |
| 78. - Occidential Petroleum Call | | | | | Sell | 12/28 | J | A | |
| 79. PNC Bank Account | A | Interest | J | T | | | | | |
| 80. Jefferson Pilot Life Ins. Policy (Life of █████) | | None | L | T | | | | | |
| 81. Anchor Nat Life Ins. Policy | B | Interest | | | Sell | 6/21 | K | B | |
| 82. Commonwealth of KY Employee Retirement | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/11/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/11/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date___5/12/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544